## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DUNKIN' DONUTS FRANCHISING
LLC, et al.,

    Plaintiffs,

v.                                        Case No.  8:10-cv-1229-T-30TGW

LINEBAUGH DONUTS LLC, et al.,

    Defendants.
_____/

### ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal With Prejudice (Dkt. #18).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on December 3, 2010.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2010\10-cv-1229.dismiss 18.wpd